**Joseph Bakhos Esq,**
**State Bar Number: 327036**
17221 E. 17th St., Ste #F
Santa Ana, CA 92705
Telephone: [714]-617-5868
Email Address: jbakhoslaw@yahoo.com
**Attorney for plaintiff**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM GHADIRI | **Case No.:** 8:21-cv-00508-DOC-DFMx |
| Plaintiff, | |
| vs. | **ORDER GRANTING JOINT STIPULATION FOR DISMISSAL [16]** |
| COLORS INCORPORATED SCREEN PRINTING, a business entity; MONROE MANGAGERS, LLC, a California limited liability company; | |
| Defendants | |

### ORDER GRANTING JOINT STIPULATION OF DISMISSAL

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties is hereby dismissed with prejudice.

Dated: __June 21, 2021__

_____
HONORABLE JUDGE OF U.S. DISTRICT COURT